**COMMONWEALTH of Pennsylvania,**
Respondent

v.

**Tyrone GRANT, Petitioner**

**No. 365 EAL 2016**

Supreme Court of Pennsylvania.

November 29, 2016

## ORDER

PER CURIAM

AND NOW, this 29th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justices Donohue and Mundy did not participate in the consideration or decision of this matter.

■

**COMMONWEALTH of Pennsylvania,**
Respondent

v.

**Francis SCHMINCKE, Petitioner**

**No. 289 EAL 2016**

Supreme Court of Pennsylvania.

November 29, 2016

## ORDER

PER CURIAM

AND NOW, this 29th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.